UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOOK, et al., | No.  2:20-cv-02365-MCE-DMC |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF REDDING, et al., | |
| Defendants. | |

The parties' Stipulation Requesting Extension of Fact Discovery and Expert Disclosure Deadlines, ECF No. 8, is GRANTED.  The Court hereby approves the following deadlines:

1. Deadline to Complete Fact Discovery – December 29, 2022
2. Deadline to Disclose Expert Witnesses – January 27, 2023
3. Deadline to Supplement List of Expert Witnesses – February 17, 2023
4. Deadline to Complete Expert Discovery – March 3, 2023
5. Deadline to File Dispositive Motions – April 7, 2023

IT IS SO ORDERED.

Dated:  October 6, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE