DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
WILL ASPINWALL, State Bar No. 308919
waspinwall@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF REDDING, ROGER MOORE,
NOLAN GUIDUCCI, KURTIS STENDERUP,
JEFFREY SCHMIDT, TRAVIS BRAUD,
JAMIE ROULAND, AND SHANNAH JOHNSON

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOOK, JONSON TYLER HOOK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, ROGER MOORE, NOLAN GUIDUCCI, KURTIS STENDERUP, JEFFREY SCHMIDT, TRAVIS BRAUD, JAMIE ROULAND, AND SHANNAH JOHNSON and DOES 1-10<br>Defendants. | Case No. 2:20-cv-02365-MCE-DMC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO COMPLETE FACT DISCOVERY**<br><br>Hon. Morrison C. England Jr. |

Defendants served Plaintiffs with Requests for Production of Documents, Set One and Special Interrogatories, Set One on November 1, 2022.  Accordingly, the deadline for Plaintiffs to provide responses to the outstanding discovery requests is currently November 30, 2022.  Along with discovery requests, Defendants duly noticed Plaintiffs' depositions for December 5 and December 6, 2022 respectively with the expectation that the discovery responses would be served in advance.  The parties agree that Plaintiffs' discovery responses will be critical to Defendants' preparation for Plaintiffs' depositions.

///

1

547344.1

The deadline for the parties to complete percipient discovery was previously set for December 29, 2022. Plaintiffs' counsel contacted counsel for Defendants on November 28, 2022 to request an extension of time to respond to the outstanding discovery requests. Plaintiffs' counsel represents that the mother of his children has been admitted to Hospice. The parties agree that good cause exists for Plaintiffs' counsel's request for an extension due to a family emergency that will divert Plaintiffs' counsel's time and attention away from discovery responses. The delayed discovery responses will require Plaintiffs' depositions to be postponed. The postponement will necessitate extending the time set for completing fact discovery beyond the current deadline of December 29, 2022.

The parties state that pursuant to Local Rule 144(b), this is the second extension of time they have requested on this subject. The parties previously stipulated to continue fact discovery and expert disclosures on October 3, 2022. Dkt. No. 8.

The parties propose the following additional changes to pretrial deadlines:

1.     Deadline to Complete Fact Discovery – January 30, 2023

2.     Disclose Expert Witnesses – February 27, 2023

3.     Deadline to Supplement List of Expert Witnesses – March 17, 2023

4.     Deadline to Complete Expert Discovery – April 3, 2023

5.     Deadline to File Dispositive Motions – May 8, 2023

///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER
2:20-CV-02365-MCE-DMC

547344.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    The parties hereby request leave of the Court to amend the foregoing deadlines

2  according to their mutual stipulation.

3  DATED:  November 29, 2022                    */s/ Michael Brown*_____
                                                       MICHAEL BROWN

4                                                      Attorney for Plaintiffs NICOLE HOOK and
                                                       JONSON TYLER HOOK

5

6  DATED:  November 29, 2022                    */s/ William Aspinwall*_____
                                                       WILLIAM ASPINWALL

7                                                      Attorneys for Defendants
                                                       CITY OF REDDING, ROGER MOORE,

8                                                      NOLAN GUIDUCCI, KURTIS STENDERUP,
                                                       JEFFREY SCHMIDT, TRAVIS

9                                                      BRAUD,JAMIE ROULAND, AND
                                                       SHANNAH JOHNSON

10

11

12   **IT IS SO ORDERED.**

13  DATED:  December 19, 2022

14

15

16  _____
    MORRISON C. ENGLAND, JR.

17  SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION AND ORDER
2:20-CV-02365-MCE-DMC

547344.1