J. Michael Brown  #38995
LAW OFFICE IF J. MICHAEL BROWN
4115 Blackhawk Plaza Road, Suite 100
Danville, CA 94506
925-484-2200
jmb@mbrown-law.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOOK, et al., | Case No.  2:20-cv-02365-MCE-DMC |
| Plaintiffs, | |
| v. | **ORDER EXTENDING PRE-TRIAL DEADLINES** |
| CITY OF REDDING, et al., | |
| Defendants. | |

The parties' stipulation Requesting Extension of Time for Pre-Trial Deadlines, ECF No. 17, is GRANTED.  The Court hereby approves the following deadlines:

1. Deadline to Complete Fact Discovery - March 6, 2023
2. Disclose Expert Witnesses - April 3, 2023
3. Deadline to Supplement List of Expert Witnesses - April 21, 2023
4. Deadline to Complete Expert Discovery - May 8, 2023
5. Deadline to File Dispositive Motions - June 12, 2023

IT IS SO ORDERED.

DATED:  January 24, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE