# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOOK, et al., | No. 2:20-CV-2365-MCE-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Defendants' motion, ECF No. 20, to compel further written discovery responses and deposition testimony from Plaintiffs.

Defendants' motion is untimely. On January 24, 2023, the District Judge entered an order approving the parties' stipulation to modify the pre-trial schedule for this case. See ECF No. 18. In that order, the District Judge directed that fact discovery be completed by March 6, 2023. See id. In the District Judge's initial scheduling order issued upon commencement of this action in November 2020, the Court stated that "completed" means "all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." ECF No. 3, pg. 2.

///

Defendants filed the pending motion to compel on February 28, 2023, with a hearing date noticed for March 8, 2023.[1] In filing their motion just six days before the deadline for completion of fact discovery, Defendants have not complied with the Court's prior scheduling orders. Specifically, Defendants have not allowed sufficient time for a properly noticed hearing, decision by the Court, and compliance with any order to provide the further discovery sought by Defendants. Given the current discovery completion deadline set by the District Judge, Defendants' motion to compel is denied as untimely.

IT IS SO ORDERED.

Dated:  March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1]  The hearing date was vacated due to the unavailability of the Court.