J. Michael Brown  #38995
LAW OFFICE IF J. MICHAEL BROWN
4115 Blackhawk Plaza Road, Suite 100
Danville, CA 94506
925-484-2200
jmb@mbrown-law.com

Attorney for Plaintiffs


Dale L. Allen, Jr. #145279
ALLEN, GLAESSNER, HAZELWOOD & WERTH
180 Montgomery St., Suite 1200
San Francisco, CA  94104
415-697-2000

Attorneys for Defendants


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HOOK, et al., | Case No.  2:20-cv-02365-MCE-DMC |
| Plaintiffs, | **ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| CITY OF REDDING, et al., | |
| Defendants. | |

The parties' stipulation Requesting Extension of Time for the filing of dispositive motions is GRANTED.  The deadline for the filing of dispositive motions is extended to November 17, 2023.

IT IS SO ORDERED.

Dated:  June 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE